UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KISHMOIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIR INDUSTRIES GROUP, MICHAEL N. TAGLICH, ROBERT F. TAGLICH, PETER D. RETTALIATA, SEYMOUR G. SIEGEL, DAVID J. BUONANNO, ROBERT C. SCHROEDER AND MICHAEL BRAND,<br><br>Defendants. | Case No. 2:18-cv-05757-SJF-ARL<br><br>F I L E D<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ AUG 26 2019 ★<br><br>LONG ISLAND OFFICE |

## NOTICE OF VOLUNTARY DISMISSAL

WHEREAS, on October 15, 2018, Plaintiff Michael Kishmoian ("Plaintiff") initiated the above-captioned action (the "Action") by filing a complaint (the "Complaint") against defendants Air Industries Group ("Air Industries"), Michael N. Taglich, Robert F. Taglich, Peter D. Rettaliata, Seymour G. Siegel, David J. Buonanno, Robert C. Schroeder and Michael Brand (collectively, the "Defendants");

WHEREAS, no class of Air Industries stockholders has been certified, and thus, the dismissal of this Action will not prejudice the interests of other Air Industries stockholders;

WHEREAS, no defendant in this Action has answered the Complaint or filed for summary judgment.

NOW, THEREFORE, Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this Action with prejudice. Federal Rule of Civil Procedure 41 allows plaintiffs to voluntarily dismiss an action without court order, subject to Rule 23(e) and any applicable

federal statute, by notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal without Court order is appropriate here because there is not a certified class under Rule 23, and Defendants have not filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 23(e).

ACCORDINGLY, Plaintiff states as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Action; and

2. The Action shall be dismissed with prejudice as to Plaintiff only.

Dated: August 23, 2019         Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ William J. Fields*
William J. Fields
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171

*The case is closed.*
*So Ordered*

/s/ Sandra J. Feuerstein

Sandra J. Feuerstein, U.S.D.J.
8/26/19

2